# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF**
**CENTRAL FLORIDA, P.A.,**

    **Plaintiff,**

**v.**                                                        **Case No:  6:13-cv-1227-Orl-31DAB**

**METROLINA EXCHANGE CORP.,**
**WILLIAM SETH PARKER and**
**JOHN DOES 1-12,**

    **Defendants.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Dismissal (Doc. 12), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 7, 2013.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties